# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

California Sportfishing Protection Alliance

v.

Keller Canyon Landfill Company

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-01251 EDL

TO: (Name and address of defendant)

Keller Canyon Landfill Company
901 Bailey Road
Pittsburg, CA 94565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Chermak
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR - 3 2008

KELLY COLLINS
(BY) DEPUTY CLERK