| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| MICHAEL R. LOZEAU, 142893<br>LAW OFFICE OF MICHAEL R. LOZEAU<br>1516 OAK STREET, SUITE 216<br>ALAMEDA, CA 94501-0000 | | (510) 749-9102 | |

ATTORNEY FOR *(Name)*: PLAINTIFF

Ref. No. or File No.
01251

Insert name of court, judicial district or branch court, if any:

United States District Court
Northern District

PLAINTIFF:

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

DEFENDANT:

KELLER CANYON LANDFILL COMPANY

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>08-01251 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons & Complaint; Standing Order; ECF Registration Information Handout; Notice of Assignment of Case; Consent to Proceed; Declination to Proceed; Order Setting Initial Case Mangement Conference and ADR Deadlines; Order Setting Case Management Conference; Standing Order; Notice to all Pro Se Partie

ON: KELLER CANYON LANDFILL, a corporation

AT: 1990 NORTH CALIFORNIA BLVD., SUITE 940
    WALNUT CREEK, CA 94596-0000
    (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
JEAN ORRETTE - SECRETARY - AUTHORIZED TO ACCEPT SERVICE

ON: April 2, 2008
AT: 11:05 am

Fee for Service: $72.50

Registered California process server.
Registration No.: 672
County: ALAMEDA
HLS
P.O. BOX 2816
ALAMEDA, CA 94501-0000

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 7, 2008 at ALAMEDA, California.

Signature: _____
                                    KEN MA

30987/BProof39