THOMAS M. BRUEN (SBN 63324)
ERIK A. REINERTSON (SBN 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 295-3131
Facsimile: (925) 295-3132
tbruen@sbcglobal.net

Attorneys for Defendant
KELLER CANYON LANDFILL COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation,<br><br>Defendant. | No. C08-01251 EDL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United State District Judge.

DATED: April 22, 2008.

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

By: /s/ Thomas M. Bruen
    Thomas M. Bruen

Attorneys for Defendant
KELLER CANYON LANDFILL COMPANY