MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>Defendant. | Case No. 3:08-cv-01251-JSW<br><br>NOTICE OF CHANGE OF FIRM AND ADDRESS<br><br>Judge: Hon. Jeffrey S. White |

PLEASE TAKE NOTICE THAT Michael R. Lozeau and Douglas J. Chermak, attorneys for Plaintiff California Sportfishing Protection Alliance, are now associated with Lozeau Drury LLP and have the following new contact information:

Michael R. Lozeau
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA  94501
Tel:    510-749-9102
Fax:    510-749-9103

E-mail: michael@lozeaudrury.com

Douglas J. Chermak
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA  94501
Tel:    510-749-9102
Fax:    510-749-9103
E-mail: doug@lozeaudrury.com

Dated: May 9, 2008

                                        Respectfully submitted,

                                        LOZEAU DRURY LLP


                                        By:  /s/ *Douglas J. Chermak*
                                              DOUGLAS J. CHERMAK
                                              Attorneys for Plaintiff
                                              CALIFORNIA SPORTFISHING
                                              PROTECTION ALLIANCE