MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>    Defendant. | Case No. 3:08-cv-01251-JSW<br><br>PROOF OF SERVICE OF CIVIL STANDING ORDERS<br><br>Judge: Hon. Jeffrey S. White |

Proof of Service of Civil Standing Orders      Case No. 3:08-cv-0125210-JSW

1

**PROOF OF SERVICE**

I, Douglas J. Chermak, declare as follows: I am a resident of the State of California, residing and employed in Alameda, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 1516 Oak Street, Suite 216, Alameda, California, 94501. On May 9, 2008, I served true copies of the **PROOF OF SERVICE OF CIVIL STANDING ORDERS** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as follows:

Thomas Bruen
Law Offices of Thomas M. Bruen
1990 North California Blvd., Suite 940
Walnut Creek, California 94596

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 9th day of May, 2008, at Alameda, California.

_____
Douglas J. Chermak