1  THOMAS M. BRUEN (SBN 63324)
   ERIK A. REINERTSON (SBN 218031)
2  LAW OFFICES OF THOMAS M. BRUEN
   A Professional Corporation
3  1990 N. California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone:    (925) 295-3131
   Facsimile:    (925) 295-3132
5  tbruen@sbcglobal.net

6  Attorneys for Defendant
   KELLER CANYON LANDFILL COMPANY

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation,<br><br>             Defendant. | No. C08-01251 JSW<br><br>CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FILED BY DEFENDANT KELLER CANYON LANDFILL COMPANY |

Defendant Keller Canyon Landfill Company hereby files this Certificate of Interested Entities or Persons.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                          - 1 -

substantially affected by the outcome of this proceeding:

    ALLIED WASTE INDUSTRIES, INC. is the ultimate parent company of Defendant KELLER CANYON LANDFILL COMPANY

Please note that the stock of Allied Waste Industries, Inc. is publicly traded on the New York Stock Exchange.

DATED: May 13, 2008.

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation

By: _____
    Thomas M. Bruen

Attorneys for Defendant
KELLER CANYON LANDFILL COMPANY