MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>　　　　Defendant. | Case No. 3:08-cv-01251-JSW<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

　　　Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 14, 2008　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　LOZEAU DRURY LLP

　　　　　　　　　　　　　　　By:  /s/ *Douglas J. Chermak*

　　　　　　　　　　　　　　　　DOUGLAS J. CHERMAK
　　　　　　　　　　　　　　　　Attorneys for Plaintiff CALIFORNIA
　　　　　　　　　　　　　　　　SPORTFISHING PROTECTION ALLIANCE