# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| California Sportfishing Protection Alliance,<br><br>               Plaintiff(s),<br><br>   v.<br><br>Keller Canyon Landfill Company,<br><br>               Defendant(s). | 08-01251 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
08-01251 JSW                                -1-

1   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3   to an e-mail directed to adr@cand.uscourts.gov.

5   It is the responsibility of counsel to schedule an ADR Phone Conference, if
6   required, to occur <u>before</u> the Case Management Conference.

9   Dated: May 28, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01251 JSW                                              -2-

PROOF OF SERVICE

Case Name:      California Sportfishing Protection Alliance v. Keller Canyon Landfill Company

Case Number:    08-01251 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 28, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Michael Robert Lozeau
> Lozeau Drury LLP
> 1516 Oak Street, Suite 216
> Alameda, CA 94501
> mrlozeau@Lozeaulaw.com
>
> Andrew L. Packard
> Law Offices of Andrew L. Packard
> 319 Pleasant Street
> Petaluma, CA 94952
> Andrew@packardlawoffices.com
>
> Michael Patrick Lynes
> Law Offices of Andrew L. Packard
> 319 Pleasant Street
> Petaluma, CA 94952
> michael@packardlawoffices.com
>
> Douglas Jonathan Chermak
> Lozeau Drury LLP

1516 Oak Street
Suite 216
Alameda, CA 94501
doug@lozeaudrury.com

Thomas M. Bruen
Law Offices of Thomas M. Bruen
1990 N. California Boulevard, Suite 940
A Professional Corporation
Walnut Creek, CA 94596
tbruen@sbcglobal.net

Erik A Reinertson
Law Offices of Thomas M. Bruen
1990 N. California Boulevard, Suite 940
A Professional Corporation
Walnut Creek, CA 94596
ereinertson@sbcglobal.net


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Timothy J. Smagacz

    */s/ Timothy Smagacz*
    ADR Administrative Assistant
    415-522-4205
    Tim_Smagacz@cand.uscourts.gov