MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
        Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

THOMAS M. BRUEN (State Bar No. 63324)
Law Offices of Thomas M. Bruen
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 295-3131
Fax: (925) 295-3132
E-mail: tbruen@sbcglobal.net

Attorney for Defendant
KELLER CANYON LANDFILL COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>Defendant. | Case No. 3:08-cv-01251-JSW<br><br>**STIPULATED REQUEST TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White |

1 WHEREAS, on April 28, 2008, Plaintiff California Sportfishing Protection Alliance and Defendant Keller Canyon Landfill Company (collectively referred to as the "Parties") received notice that the present matter, *California Sportfishing Protection Alliance v. Keller Canyon Landfill Company*, Case No. 3:08-CV-01251-JSW, was assigned the Honorable Jeffrey S. White.

WHEREAS, on May 6, 2008, the parties received an order setting the initial Case Management Conference for June 13, 2008, at 1:30 pm.

WHEREAS, Douglas J. Chermak, attorney for Plaintiff, cannot attend the presently scheduled Case Management Conference, because on June 12-15, 2008, he is organizing and co-leading a four-day legal conference in Berkeley, California, of judges, attorneys, and law professors meeting to discuss and plan future CLE programs and law school courses relating to professional development. Such conference has been planned since December 2007, prior to the filing of the present action.

WHEREAS, the Parties agree, upon the Court's approval, to reschedule the Case Management Conference for June 20, 2008, at 1:30 pm, or at such later date that is convenient for the Court.

WHEREAS, the Parties have not previously requested any time extensions in this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that:

1. Subject to the Court's approval, the Case Management Conference set for June 13, 2008, be rescheduled for June 20, 2008 or on such later date that is convenient for the Court; and

2. The deadline to file the Case Management Statement be rescheduled for June 13, 2008.

WHEREFORE, the Parties respectfully request the Court to approve and enter the Order below.

Dated: May 29, 2008

                Respectfully submitted,

                LOZEAU DRURY LLP

                By: /s/ *Douglas J. Chermak*_____
                    DOUGLAS J. CHERMAK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                Attorneys for Plaintiff
                CALIFORNIA SPORTFISHING
                PROTECTION ALLIANCE

LAW OFFICES OF THOMAS M. BRUEN

By:  /s/ *Thomas M. Bruen* (as authorized on 5/29/08)
       THOMAS M. BRUEN
       Attorneys for Defendant
       KELLER CANYON LANDFILL COMPANY

**[PROPOSED] ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED SIGNED that the Case Management Conference set for June 13, 2008, is rescheduled for June 20, 2008 ~~or such later date that is convenient for the Cour~~t.  The parties shall file a case management statement by June 13, 2008. IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: May 30, 2008          _____/s/ Jeffrey S. White_____
                                United States District Court Judge