# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

California Sportfishing Protective
Alliance

               Plaintiff(s),

          v.

Keller Canyon Landfill Company

             Defendant(s).

                         /

Case No.  3:08-cv-01251-JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 30, 2008

                     /s/ JoLynn White
                     [Party]

Dated: May 30, 2008

                     /s/ Thomas M. Bruen
                     [Counsel]