1  THOMAS M. BRUEN (SBN 63324)
   ERIK A. REINERTSON (SBN 218031)
2  LAW OFFICES OF THOMAS M. BRUEN
   A Professional Corporation
3  1990 N. California Boulevard, Suite 940
   Walnut Creek, CA 94596
4  Telephone:    (925) 295-3131
   Facsimile:    (925) 295-3132
5  e-mail: tbruen@sbcglobal.net

6  Attorneys for Defendant
   KELLER CANYON LANDFILL COMPANY
7
8  MICHAEL R. LOZEAU (SBN 142893)
   DOUGLAS R. CHERMAK (SBN 233382)
   Lozeau Drury LLP
9  1516 Oak Street, Suite 216
   Alameda, CA 94501
10 Telephone: (510) 749-9102
   Facsimile: (510) 749-9103
11 e-mail: Michael@lozeaudrury.com
          Doug@lozeaudrury.com
12
   Attorneys for Plaintiff
13 CALIFORNIA SPORTFISHING PROTECTION
   ALLIANCE
14

15              UNITED STATES DISTRICT COURT

16        FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 CALIFORNIA SPORTFISHING              No. C08-01251 JSW
   PROTECTION ALLIANCE, a non-profit
19 corporation,
                                        JOINT RULE 26(f) REPORT
20        Plaintiff,

21    v.

22 KELLER CANYON LANDFILL
   COMPANY, a corporation,
23
          Defendant.
24

25      Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("CSPA") and

26 Defendant KELLER CANYON LANDFILL COMPANY ("Keller Canyon") hereby submit their

27 Joint Rule 26(f) report:

28

   JOINT RULE 26(f) REPORT              - 1 -

1     <u>Rule 26 (f)(3)(A):  Conference re Initial Disclosures</u>:  The parties have meet and conferred

2     as required by Rule 26(f), and exchanged their Initial Disclosures pursuant to that Rule on May

3     20, 2008.  The parties concluded that no changes were necessary as to the form or requirement for

4     disclosures under Rule 26(a).

5     <u>Rule 26 (f)(3)(B)</u>:  The parties agreed that they will request that the Court bifurcate

6     discovery into a liability phase and a remedy phase.  At this time, the anticipated subjects of

7     discovery include the following:

8          i.     Information related to operations and maintenance at the Keller Canyon Facility;

9          ii.     Information related to actual and potential sources of pollutants to storm water at

10              the Facility;

11         iii.     Information related to storm water discharges from the Facility, including when

12              they occurred, where they occurred, the presence of pollutants, the volume of

13              discharges, and other relevant information;

14         iv.     Information related to the storm water management measures that have been

15              proposed or implemented at the Facility;

16         v.     CSPA intends to request information related to any other pollutant discharges to

17              water from the Facility governed by the Facility's NPDES permit;

18         vi.     Information relating to Keller Canyon's interactions with the California Regional

19              Water Quality Control Board for the San Francisco region;

20         vii.     CSPA intends to request sufficient site inspections in order to characterize storm

21              water quantity and quality at the Facility during the upcoming rainy season and to

22              evaluate any implemented or other available storm water pollution management

23              measures.  In addition to any site inspections during the upcoming rainy season,

24              pursuant to Rule 34, once discovery commences, CSPA will request an immediate

25              site inspection of Keller Canyon's Facility;

26         viii.     Information relating to decisions by Keller Canyon's management and/or

27              governing body relating to compliance with the requirements of the Clean Water

28              Act;

1       ix.    Information relating to the Clean Water Act's criteria for assessing civil penalties,

2               including but not limited to Keller Canyon's financial information and its ability to

3               pay civil penalties;

4       x.    Information relating to the identity and responsibilities of all persons with

5               information relating to any of the above categories of information;

6       xi.    CSPA would intend to depose employees, managers and other agents of Keller

7               Canyon who may have information relevant to any of the above categories of

8               information.

9       xii.    Keller Canyon will seek information on the structure and organization of CSPA,

10              including information bearing on its standing to bring the present claims, and may

11              seek to depose representatives of CSPA bearing on this issue;

12       xiii.    Both parties reserve the right to seek discovery on additional subjects as their

13              investigation and discovery of this matter continues.

14       Rule 26 (f)(3)(C):  Preservation of Electronic Information.  Both parties have agreed to

15 and will make efforts to preserve any discoverable information, including e-mails and other

16 electronically stored information. Regarding electronic discovery, the parties will produce

17 electronic versions of any discoverable documents on compact discs.

18       Rule 26 (f)(3)(D): Issues Re Privilege or Work Product.  The parties do not anticipate any

19 unusual issues regarding claims of privilege or of protection of trial-preparation materials.

20       Rule 26 (f)(3)(E):  The parties agree to request that the Court allow the parties to increase

21 the number of interrogatories to 50.

22       In developing this discovery plan, neither party intends to waive any right to seek to

23 amend its pleadings, to object to the subject matter or scope of any discovery sought by either

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    party, to waive any applicable privileges, or to alter the above plan based on newly discovered

2    information.

3    DATED:  June 2, 2008.                    LAW OFFICES OF THOMAS M. BRUEN
                                              A Professional Corporation
4

5
                                             By:  _____
6                                                    Thomas M. Bruen
                                             Attorneys for Defendant
7                                            KELLER CANYON LANDFILL COMPANY

8

9    DATED:  June 2, 2008.                    LOZEAU – DRURY LLP

10

11                                           By:  /s/ Douglas J. Chermak_____
                                                    Douglas J. Chermak
12

13                                           Attorneys for Plaintiff
                                             CALIFORNIA SPORTFISHING PROTECTION
                                             ALLIANCE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT RULE 26(f) REPORT                          - 4 -