LAW OFFICES OF
# THOMAS M. BRUEN
A PROFESSIONAL CORPORATION
1990 NORTH CALIFORNIA BOULEVARD
SUITE 940
WALNUT CREEK, CALIFORNIA 94596

THOMAS M. BRUEN
ERIK A. REINERTSON

TELEPHONE: (925) 295-3131
FACSIMILE: (925) 295-3132
TBRUEN@SBCGLOBAL.NET

June 6, 2008

*VIA FEDEX*

Hon. Jeffrey S. White
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *California Sportfishing Protection Alliance v.*
      *Keller Canyon Landfill Company*
      Case No. 3:08-cv-01251-JSW

Your Honor:

Enclosed please find the parties' Joint Case Management Statement for the above matter, which has been continued by Stipulation and Order to Friday, June 20 at 1:30 p.m. The CMC was continued to the 20th because counsel for Plaintiff CalSPA had a conflict for the original CMC date of June 13th and could not attend.

I wish to request the Court that my co-counsel, Erik Reinertson of our firm, be allowed to attend the CMC on behalf of our client, Defendant Keller Canyon Landfill Company. Mr. Reinertson is co-trial counsel and is working with me on the case. He will have full authority to address the issues in the Joint Case Management Statement and enter into stipulations as required by the Case Management Conference Scheduling Order. (I will be flying to Japan at 1:30 p.m. on June 20th with a public agency client, the Salinas Valley Solid Waste Authority, for a tour of facilities and possible business negotiations with facilities employing new solid waste handling technologies.) I have advised Mr. Chermak, counsel for Plaintiff, of this request and he has authorized me to advise the Court that he has no objection to this request.

Respectfully,

Tom Bruen

Thomas M. Bruen

TMB:jcf
Enclosure
cc:   Doug Chermak, Esq. (w/o enclosure)