**LOZEAU | DRURY LLP**
1516 OAK STREET, SUITE 216
ALAMEDA, CALIFORNIA 94501
TEL: (510) 749-9102
FAX: (510) 749-9103
www.lozeaudrury.com

MICHAEL R. LOZEAU
michael@lozeaudrury.com

June 10, 2008

VIA FEDEX

Hon. Jeffrey S. White
United States District Court Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *California Sportfishing Protection Alliance v. Keller Canyon Landfill Company*, Case No. 3:08-cv-01251-JSW

Dear Judge White,

The Case Management Conference in this matter is set for Friday, June 20, at 1:30 pm. The CMC was continued to this date in order to accommodate the schedule of my co-counsel, Douglas Chermak. I wish to request the Court that Mr. Chermak be allowed to attend the CMC on behalf of our client, California Sportfishing Protection Alliance. Mr. Chermak is co-trial counsel and working with me on the case. He will have full authority to address the issues in the Joint Case Management Statement and enter into stipulations as required by the Case Management Conference Scheduling Order. Mr. Chermak has advised Mr. Bruen, counsel for Defendant, of this request and he authorized him to advise the Court that he has no objection.

Sincerely,

Michael R. Lozeau

Cc: Thomas M. Bruen, Esq.

[STAMP: GRANTED — Judge Jeffrey S. White — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]