# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**               **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  June 20, 2008                              **Court Reporter**: Lydia Zinn

**CASE NO. C-08-1251  JSW**

**TITLE:**  California Sportfishing Protection Alliance v. Keller Canyon Landfill Company

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

**Douglas Chermak**                                 **Erik Reinertson**

**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**  Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-27-08.

All discovery shall be referred to a randomly assigned Magistrate Judge.

ADR:  Settlement conference with a Magistrate Judge to be completed by 8-19-08

Close of fact and expert discovery regarding liability: 7-10-09

Close of fact and expert discovery regarding remedies: 4-15-10

Hearing on Dispositive Motions:  5-28-10 at 9:00 a.m.

Pretrial Conference:  6-21-10 at 2:00 p.m.

Jury Trial:  8-16-10 at 8:30 a.m.