MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com
          Doug@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

THOMAS M. BRUEN (State Bar No. 63324)
ERIK A. REINERTSON (State Bar No. 218031)
Law Offices of Thomas M. Bruen
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 295-3131
Fax: (925) 295-3132
E-mail: tbruen@sbcglobal.net

Attorney for Defendant
KELLER CANYON LANDFILL COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>Defendant. | Case No. 3:08-cv-01251-JSW<br><br>JOINT DECLINATION FOR REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES<br><br>Judge: Hon. Jeffrey S. White |

1   The parties to the above-captioned case are not in agreement on reassigning this matter to a Magistrate Judge for all purposes, and on that basis, decline assignment.

Dated: June 24, 2008

        Respectfully submitted,

        LOZEAU DRURY LLP


By: /s/ *Douglas J. Chermak*
    DOUGLAS J. CHERMAK
    Attorneys for Plaintiff
    CALIFORNIA SPORTFISHING
    PROTECTION ALLIANCE

LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation


By: /s/ *Erik A. Reinertson*
    ERIK A. REINERTSON
    Attorneys for Defendant
    KELLER CANYON LANDFILL COMPANY