IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AMENDED CIVIL MINUTE ORDER

JUDGE:  JEFFREY S. WHITE                    COURTROOM DEPUTY: Jennifer Ottolini

DATE:  June 20, 2008                        Court Reporter: Lydia Zinn

CASE NO. C-08-1251  JSW

TITLE:  California Sportfishing Protection Alliance v. Keller Canyon Landfill Company

COUNSEL FOR PLAINTIFF:                      COUNSEL FOR DEFENDANT:

Douglas Chermak                             Erik Reinertson

PROCEEDINGS:  Initial Case Management Conference

RESULTS:    Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-27-08.

All discovery shall be referred to a randomly assigned Magistrate Judge.

ADR:  Settlement conference with a Magistrate Judge to be completed by 8-19-08

Close of fact and expert discovery regarding liability: 7-10-09

Close of fact and expert discovery regarding remedies: 4-15-10

Hearing on Dispositive Motions:  5-28-10 at 9:00 a.m.

Pretrial Conference: **7-26-10** at 2:00 p.m.

Jury Trial:  8-16-10 at 8:30 a.m.