IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,

v.

KELLER CANYON LANDFILL COMPANY,

    Defendant.
_____/

No. C 08-01251 JSW

**ORDER OF REFERRAL FOR DISCOVERY**

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for purposes of resolving all discovery disputes.

**IT IS SO ORDERED.**

Dated: July 22, 2008

                                                                JEFFREY S. WHITE
                                                                 UNITED STATES DISTRICT JUDGE

cc:    Wings Hom