**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE,

    Plaintiff,

v.

KELLER CANYON LANDFILL COMPANY,

    Defendant.

No. C 08-01251 JSW

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for purposes of conducting a settlement conference, to be completed no later than August 29, 2008, if possible.

**IT IS SO ORDERED.**

Dated: July 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom