UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, <br><br> Plaintiff(s), <br><br> v. <br><br> KELLER CANYON LANDFILL CO., <br><br> Defendant(s). | No. C08-1251 JSW (BZ) <br><br> **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Tuesday, August 19, 2008, at 9:00 a.m., is **CONTINUED** to **Friday, September 19, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The court's previous filed Order otherwise remains in full force and effect. Settlement conference statements are due **September 12, 2008** and shall be lodge directly with chambers.

Dated: August 12, 2008

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\bzall\-refs\refs.o8\california sportfishing.continue.sc.wpd

1