```
THOMAS M. BRUEN (State Bar No. 63324)
ERIK A. REINERTSON (State Bar No. 218031)
LAW OFFICES OF THOMAS M. BRUEN
A Professional Corporation
1990 N. California Blvd., Suite 940
Walnut Creek, CA  94596
Tel: (925) 295-3131
Fax: (925) 295-3132
E-mail: tbruen@sbcglobal.net
```

Attorney for Defendant
KELLER CANYON LANDFILL COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>KELLER CANYON LANDFILL COMPANY, a corporation.<br><br>  Defendant. | Case No. 3:08-cv-01251-JSW (BZ)<br><br>STIPULATION AND [PROPOSED] ORDER RE FINALIZATION OF SETTLEMENT AGREEMENT AND DISMISSAL OF CASE |

IT IS HEREBY STIPULATED by and between Plaintiff CALIFORNIA SPORTFISHING PROTECTIVE ALLIANCE and Defendant KELLER CANYON LANDFILL COMPANY, by and through their respective undersigned counsel, as follows:

WHEREAS, following a settlement placed on the record as a result of a Settlement Conference before Magistrate Zimmerman on September 19, 2008, counsel for Plaintiff and Defendant have negotiated the terms of a definitive settlement agreement which is currently being circulated for final approval and signature by representatives of Plaintiffs and Defendants; and

WHEREAS, counsel believe the execution of the Settlement Agreement will be completed on October 27, 2008; and

WHEREAS, pursuant to the terms of the Settlement Agreement, Plaintiff shall submit the executed Settlement Agreement to the U.S. E.P.A. and the U.S. Department of Justice via certified mail

1 within five days after the effective date of the Settlement Agreement, for review consistent with 40 Code
2 of Federal Regulations section 135.5. The review period by these agencies expires forty five (45) days
3 after their receipt of the Agreement. The effectiveness of the Settlement Agreement and dismissal of
4 this action is contingent upon U.S. E.P.A. and the Department of Justice not raising any objection to the
5 settlement or, if such objections are raised, the ability of the parties to agree on revisions to the
6 Settlement Agreement that would satisfy any such objections.

7     NOW, THEREFORE, the parties respectfully request that any court deadlines for filing the
8 dismissal of this action be continued for until December 31, 2008 to allow the parties to receive and
9 respond to the input, if any, from the EPA and the Department of Justice.

11 DATED: October 24, 2008        LAW OFFICES OF THOMAS M. BRUEN
                                               A Professional Corporation

                                               By: _____
                                                   Thomas M. Bruen
                                             Attorneys for Defendant
                                             KELLER CANYON LANDFILL COMPANY

18 DATED: October 24, 2008        LOZEAU DRURY LLP

                                             By: _____
                                                 Douglas J. Chermak
                                             Attorneys for Plaintiff
                                             CALIFORNIA SPORTFISHING PROTECTION
                                             ALLIANCE

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 27, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE